## State *v.* Howard.

### *Habeas Corpus.*

(Decided January 20, 1914.   64 South. 533.)

*Habeas Corpus; Moot Question.*—Where the judgment of conviction had been reversed and annulled by the Appellate Court, an order on habeas corpus fixing the amount of defendant's bail upon such judgment and conviction, becomes a moot question, and will not be passed upon.

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

Aaron Howard was convicted of a felony, and applied by habeas corpus for bail. From an order granting bail the state appeals. Appeal dismissed.

R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

MERRITT & RILEY, and O. S. LEWIS, for appellee.

PELHAM, J.—This appeal is from an order of the court in a habeas corpus proceeding fixing the amount of the defendant's bond upon a judgment of conviction that has been reversed and annulled by this court in the opinion rendered on December 4, 1913, in the case of *Howard v. State,* 9 Ala. App. 74, 63 South. 753. Hence the only question presented on this appeal is a moot one, and, as no useful purpose or end could be accomplished by any judgment we might render, we will not investigate or pass upon the case. Let the appeal be dismissed. —*Ex parte Perryman,* 156 Ala. 625, 46 South. 866; *Montgomery County v. Montgomery Traction Co.,* 140 Ala. 458, 37 South. 208.

Appeal dismissed.